## Lafayette Parish , LA
## Louis J. Perret Clerk of Court
P.O. Box 2009
Lafayette, LA 70502-2009
Phone Number : (337) 291-6400

**Official Receipt :** 2022-00078040

**Printed On :** 09/19/2022 **at** 10:45:29 AM                     **By :** 331 **on** LCC-CRFRONT1

**Customer :**
NEUNER PATE ATTORNEYS AT LAW
ATTN:  ACCOUNTS PAYABLE
1001 W PINHOOK RD STE 200
LAFAYETTE, LA  70503

**Date Recorded :** September 19, 2022

| Instrument ID | Recorded Time | Amount |
|---|---|---|
| | 10:44:49 AM | $44.00 |

**Transaction :**   COPIES (CIVIL)
Remarks : RE: 20224172 WHOLE SUIT AS OF 9/19/2022

| Accounts | Amount |
|---|---|
| Copies | $44.00 |

### Itemized Check Listing

| Check Number : 74213 | $44.00 |
|---|---|

| | |
|---|---|
| Total Due : | $44.00 |
| Paid by Check : | $44.00 |
| Change Tendered : | $0.00 |

RECEIVED

SEP 1 9 2022

**NeunerPate**

THANK YOU FOR ALLOWING US TO SERVE YOU -
LOUIS J. PERRET, CLERK OF COURT



# NEUNER PATE

### ATTORNEYS AT LAW

**ONE PETROLEUM CENTER**
**SUITE 200**
**1001 W. PINHOOK ROAD**
**LAFAYETTE, LOUISIANA 70503**
**(337) 237-7000**
**FAX: (337) 233-9450**

### TRANSMITTAL COVER SHEET

**DELIVER To:** Civil Records

**COMPANY:** Clerk 7 Court, Lafayette Parish

**FAX NO.:** 337 - 291 - 6480

**PHONE:**

**TOTAL PAGES:** 2

**FROM:** April Theriot

**PHONE:** 337-266-5417

**DATE:** 9/16/22

**RE:** Dayana Dalcourt

### SPECIAL INSTRUCTIONS:

Original          ☐ will          ☒ will not follow by mail.

### CONFIDENTIALITY NOTICE

THE INFORMATION TRANSMITTED IN THIS FACSIMILE CONTAINS CONFIDENTIAL INFORMATION BELONGING TO THE SENDER, WHICH IS LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE(S) NAMED ABOVE. IN THE EVENT YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING OR DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE TO ARRANGE FOR THE RETURN OF THE ORIGINAL FACSIMILE TO US AT THE ABOVE ADDRESS. THANK YOU.



NEUNERPATE
ATTORNEYS AT LAW

One Petroleum Center
1001 West Pinhook Road, Suite 200
Lafayette, Louisiana 70503

P: 337 237 7000
F: 337 233 9450

FRANK X. NEUNER, JR.*
JAMES L. PATE
BEN L. MAYEAUX
ROBERT E. TORIAN
JAMES D. HOLLIER
KEVIN P. MERCHANT
JENNIE P. PELLEGRIN
BRANDON W. LETULIER
JASON T. REED
JEREMY N. MORROW
JED M. MESTAYER
PHILIP H. BOUDREAUX, JR.
CLIFF A. LaCOUR
JEFFREY K. COREIL
NICHOLAS G. JONES
JENNIFER M. ARDOIN
DEAN A. COLE
KENNETH W. JONES, JR.
PHILLIP M. SMITH
SARAH F. BROWN
TAYLOR C. GRANGER
KATELYN E. BAYHI
SARAH A. SIMMONS
ANI H. BOUDREAUX
GREGORY W. BEASLEY
CORY C. HEBERT

September 16, 2022
VIA FAX: 337-291-6480

Clerk of Court
Lafayette Parish
P.O. Box 2009
Lafayette, LA. 70502

Re:    Dalana Dasha Dalcourt obo minor daughter Skye Dashawn
       Batiste v. The District, et al
       15th JDC, Lafayette Parish, Docket No: C-2022-4172
       File No: 22913

Dear Clerk:

    We would like to request a complete copy of the suit record
regarding the above referenced matter.  Please contact me at (337)
266-5417 or via email at atheriot@neunerpate.com with the cost for
same.

    Thank you for your assistance in this matter.

                                    Sincerely,

                                    April Theriot,
                                    Paralegal to
                                    Jason T. Reed

JTR/abt

NEW ORLEANS OFFICE
P: 504 309 6090

*ALSO ADMITTED IN TEXAS

NeunerPate.com

Lafayette Parish
Filed Aug 08, 2022 3:50 PM
Martina Reaux
Deputy Clerk of Court

C-20224172
C

# THE ALEX FIRM

A PROFESSIONAL LAW CORPORATION

**Joslyn Alex**
Attorney at Law

P.O. Box 126
Breaux Bridge, LA  70517
TEL: (337) 332-1180
FAX: (337) 332-5704
Thealexfirm@yahoo.com

**Fax Number 337- 291-6480**

August 8, 2022

The Honorable Louis J. Perret
Clerk of Court, Parish of Lafayette
15th Judicial District Court
Post Office Box 2009
Lafayette, LA  70502

RE Dalcourt vs. The District etal :

Dear Sir:

Enclosed that you please:

| | | |
|---|---|---|
| X | File the original(s) | Return the copy stamped with date and time of filing |
| | Present the original to the Judge | X | Return certified copy |
| X | Arrange for service by the appropriate Sheriff | Set  for hearing |
| | Send notice of hearing to all  counsel | Issue subpoena |
| | Present to hearing officer | Set for trial |
| | Interrogatories | Request for documents |

Thank you in advance for your cooperation in this matter, I am

Cordially,

Joslyn R. Alex
JRA/pj

Enclosure

Lafayette Parish
Filed Aug 08, 2022 3:50 PM   C-20224172
Martina Reaux                        C
Deputy Clerk of Court

**DALANA DASHA DALCOURT**          **15TH JUDICIAL DISTRICT COURT**
ON BEHALF OF HER MINOR
DAUGHTER
Skye Dashawn  BATISTE

**VERSUS**                    *    **DOCKET NUMBER:**_____

**THE DISTRICT**
**The District Insurance Carrier**
**DANNY SMITH OWNER**
**LAFAYETTE PARISH**
**POLICE DEPARTMENT**
**Police chief  Wayne Griffin**
**Mayor President Josh Guillory**          **STATE   LOUISIANA**
**XYZ POLICE OFFICER**



# FAX

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel comes, **DALANA DASHA**

**DALCOURT  on behalf of her minor child** of the full age of majority and a resident of

HOUSTON TEXAS a, who with respect represent:

1.

Made defendants herein are:

> **THE DISTRICT** company licensed to do and doing business in the State of
> Louisiana;
>
> Danny Smith A person of the age of majority who is domiciled in Lafayette
> Parish, Louisiana.
>
> The district insurance company licensed to do and doing business in the State of
> Louisiana;
> Police officer yet unknow
> Lafayette  Chief   Wayne Griffin Police chief of the City of Lafayette
> Lafayette Mayor President Josh Guillory.

1.

On or about August 8, 2022 DESHAWN BATIST E was shot dead in the parking lot of

the  The District  night club  is owned and operated by Danny smith  where a  concert held and

the plaintiff was shot dead and he has one child Skye Batiste .

3.

That on the date of the shooting  sounds of  dozens of shots were fired in rapid succession

indicative of a fully automatic or semi automatic weapon being discharged.

4.

Petitioner alleges that the shooting broke out in the parking lot at the District at about 2:am on Sunday morning.

5.

Petitioner alleges that the club was full of concert goers that were there to see Webbie.

6.

Petitioner further alleges that chaos erupted due to the large number of patron as the lack of adequate security, adequate preparation for the crowd, failure to prevent congregation in the parking of lot of patrons or people on the lot, or lighting and a number of patrons were in crowd, the parking lot with adequate security.

7.

Petition further alleges that the defendant in this matter failed to have enough security on the premises. and a number of patrons were in crowd, the parking lot without adequate security.

2.

8.

Petitioner further alleges that the defendant failed to properly train the security on the premises to handle the patrons that attended the event and properly disburse the crowd that was lingering in the parking lot after the concert or during the attendance of the concert.

9.

Petitioner indicates that the establishment that serves alcohol was an imminent danger to the Petitioner health, safety and welfare of the public.

10.

Petitioner alleges that the owners knew or should have know that facility had an imminent risk of danger in that in August of 2019 a bouncer was shot in the leg inside the club after a fight broke out on stage.

11.

Petitioner alleges that the owners knew or should have known that the facility had an imminent risk of danger in that police had responded to calls at The district over eighty three times as of from January 2, 2021 to August 8, 2022.

12.

Petitioner alleges that the owners knew or should have known that the facility had an imminent risk of danger in that police had responded to calls at The District had in the month of June of 2021 the police responded to two separate calls of shots fired at the club.

3.

13.

Petitioner alleges with over 83 calls the Lafayette Police department should have required a security plan for the facility to submit due to the number of calls in that alcohol was being served at the facility .

14.

Petitioner avers upon that an unknow police officer shot the decease and that the failure to have proper lighting and an adequate number of officers or security was the cause and effect of his death.

15.

Petitioner avers that the Lafayette police department failed to properly train the police to handle the crowd that appeared at that event and failed to have sufficient police officers on the scene to handle to the crowd in that the police department had notice of the type of incidents that had occurred in the past.

16.

Petitioner alleges that the death of Dashawn Batiste was the result of the failure of the defendants to properly and adequately secure the facility.

Cause of fact

      a.     duty of reasonable care

4.

b    Failure to prevent unreasonable risk of harm

c.    Failure to property warn person of know dangers

d.    Failing to provide sufficient security

e.    Failure to keep the premises in a safe condition for manner consistent with the purposes there Operating a vehicle in an unsafe manner

f.    Failing to keep the facility patrons invited to do business. Properly

g.    Failure to what he should have seen and done

h.    That the substandard conduct was the cause in fact of the death.

i.    Failure to properly train police officers

j.    Failure to properly require properly security plan for a facility selling alcohol

k.    Failure to provide sufficient security for the District due to the number of shootings and complaints filed against the night club.

As a result of the above described the plaintiff is,suing for the wrongful death of the her father suffered serious personal injuries which necessitated medical treatment. Accordingly, plaintiff itemizes his damages as follows:

A.    Loss of Society

B.    General Damages,

C.    Future support

D.    Loss of Enjoyment of Life, past, present and future; and

E.    Loss Support Income Wages and/or Earning Capacity, and future.

Plaintiff assert that the amount in controversy does exceed the jurisdictional amount which would allow any party to request a trial by jury, and therefore plaintiffs request a Jury trial, all in accordance with Article 893.

Petitioner further shows that at all times pertinent The District should have had an insurance policy off liability insurance and that same insurance company was proximately and solely responsible, in solido for any and all damages of which defendants herein are liable for and which are directly attributed to defendant, .

18.

Petitioner is a citizen of this State and because of his poverty and want of means, he is unable, either to pay the costs of this suit in advance or as they accrue or to give security therefore,

5.

and desire to file and prosecute this action under the provisions of the Louisiana Code of Civil Procedure, Articles 5181-5188.

                                              19.

    Petitioner avers that amicable demand was made, all to no avail.

    **WHEREFORE, PETITIONER,, PRAYS** that the defendants be duly cited and served with a copy of this petition, according to law, and after all proceedings are had, there be judgment herein in their favor and against defendant, and **the defendants**, severely, and in solido, together with legal interest from the date of judicial demand, until paid, and for all costs of these proceedings.

    **PETITIONER FURTHER PRAYS** that the costs of all witnesses, including expert witnesses, be taxed as Court costs and that the costs of Court be cast against the defendants herein.

    **Petitioner further prays** that in accordance with all Louisiana Law that the plaintiff be provided with dates and times of all hearings in this matter.

    **PETITIONER FURTHER PRAYS** that he be allowed to prosecute this suit without the necessity of paying the court costs in advance or as they accrue and without giving bond for costs, all in accordance with the Louisiana Code of Civil Procedure, Articles 5181, et. seq.

    **PETITIONER FURTHER PRAYS** for all just and equitable relief and notice of all trial dates and hearings in this matter. .

              Respectfully submitted,

              **THE ALEX FIRM**

              **JOSLYN R. ALEX**
              227 Rees Street
              Post Office Box 126
              Breaux Bridge, Louisiana 70517
              PH:   (337) 332-1180
              FAX:  (337) 332-5704
                   ATTORNEY FOR JONATHAN CALAIS

**PLEASE SERVE DEFENDANTS:**

**Will forward**

                                              6.

Lafayette Parish
Filed Aug 08, 2022 4:11 PM
Martina Reaux
Deputy Clerk of Court

C-20224172
C

＊＊ Transmit Confirmation Report ＊＊

P1                                                          Aug  8 2022 03:18pm

Sender:GUEST
TTI:                        TTI Number:

| Destination | Type | Mode | Start Time | Time | Page | Note | Result | Details |
|---|---|---|---|---|---|---|---|---|
| 913373325704 | FAX | Fine | 08/08 03:18pm | 00'18" | 1 | | # O K | |



## Louis J. Perret
Clerk of Court
15th Judicial District
Parish of Lafayette

P.O. Box 2009
Lafayette, LA 70502
Telephone: (337) 291-6400
Fax: (337) 291-6480
www.lpclerk.com

### FAX RECEIPT

**FROM: CIVIL DEPARTMENT**                         Date: AUGUST 8, 2022

**To:** JOSLYN R ALEX                    **Suit No.:** DOCKET NUMBER: C-20224172

**FAX NUMBER:** (337) 332-5704                         Section: C

**DALANA DASHA DALCOURT, ET AL VS THE DISTRICT, ET AL**

**Total Amount Due (Includes all applicable fees below) $358.50**

616-COVER LETTER                                    1 PAGE
628-PET - DAMAGE                                    5 PAGES

The Clerk's office received the above mentioned documents by facsimile transmission dated 8/8/2022, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES AND ORIGINAL(S) ARE RECEIVED IN THIS OFFICE.**

**WHEN** MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.

*Deputy Clerk of Court for*
*Louis J. Perret, Clerk of Court*

Suit Accounting Dept. Form #6 Rev. 09/30/14

**\*\*Please** note that this amount does not reflect any money that you have on **deposit** in this matter. It is strictly the amount that is **needed** to file the above faxed pleadings.

**\*\*THE ABOVE DOES NOT APPLY IF YOU ARE PAUPER OR PUBLIC BODY\*\***

# CIVIL E-FILING IS AVAILABLE.
## VISIT WWW.CLERKCONNECT.COM OR
## WWW.LPCLERK.COM FOR ACCESS TO THE LINK.

Lafayette Parish
Filed Aug 12, 2022 2:06 PM
Morgan Foreman
Deputy Clerk of Court
FAX Received Aug 08, 2022

C-20224172
C

**DALANA DASHA DALCOURT**
ON BEHALF OF HER MINOR
DAUGHTER
Skye Dashawn  BATISTE

**15TH JUDICIAL DISTRICT COURT**

**VERSUS**                        *        DOCKET NUMBER C -20224172

**THE DISTRICT**
The District,
**DANNY SMITH OWNER**
of the District
**LAFAYETTE PARISH**
**POLICE DEPARTMENT**
Police chief  Thomas Glover
Lafayette
Mayor President Josh Guillory           .        ,   STATE   LOUISIANA
**XYZ POLICE OFFICER**

<u>**PETITION FOR DAMAGES**</u>

      **NOW INTO COURT**, through undersigned counsel comes, **DALANA DASHA**

**DALCOURT  on behalf of her minor child** of the full age of majority and a resident of

HOUSTON TEXAS a, who with respect represent:

1.

    Made defendants herein are:

        **THE DISTRICT** company licensed to do and doing business in the State of
        Louisiana;

        Danny Smith  owner of the district A person of the age of majority who is
        domiciled in Lafayette Parish, Louisiana.

        The district insurance company licensed to do and doing business in the State of
        Louisiana; yet unknow
        **XYZ POLICE OFFICER** person responsible for shooting the defendant.

        **Chief Thomas Glover**  Lafayette Police a person who is the police department.

        Josh Guillory, mayor president  person who is the  Mayor President

        XYZ  insurance company for the district.

2.

    On or about August 8, 2022 DESHAWN BATIST E was shot dead by Lafayette  police

department police officer  in the parking lot of The District night club is owned and operated  by

Danny  Smith  where a  concert held and the plaintiff was shot dead and he has one child Skye

Batiste .

1.

**STAMPED COPY GIVEN**

3.

That on the date of the shooting sounds of dozens of shots were fired in rapid succession indicative of a fully automatic or semi-automatic weapon being discharged on the parking lot of The District night club.

4.

Petitioner alleges that the shooting broke out in the parking lot at the District at about 2:am on Sunday morning in the parking lot that was not properly supervised or had properly.

5.

Petitioner alleges that the club was full of concert goers that were there to see Webbie was a Rap singer.

6.

Petitioner further alleges that chaos erupted due to the large number of patrons as the lack of adequate security, adequate lighting, adequate preparation for the crowd, failure to prevent congregation in the parking of lot of patrons or people on the lot, or lighting and a number of patrons were in crowd, the parking lot with adequate security.

7.

Petition further alleges that the defendant in this matter failed to have enough security on the premises. and plethora of patrons were in crowd, the parking lot without adequate security.

8.

Petitioner further alleges that the defendant failed to properly train the security on the premises to handle the patrons that attended the event and properly disburse the crowd that was lingering in the parking lot after the concert or during the attendance of the concert.

2.

9.

Petitioner indicates that the establishment that serves alcohol was an imminent danger to the Petitioner health, safety and welfare of the public if no safety plan has been filed to secure the welfare of the petitioners.

10.

Petitioner alleges that the owners knew or should have know that facility had an imminent risk of danger in that in **August of 2019** a bouncer was **shot in the leg inside the club** after a fight broke out on stage.

11.

Petitioner alleges that the owners knew or should have known that the facility had an imminent risk of danger in that police had responded to calls at The district **over eighty three times as** of from **January 2, 2021 to August 8, 2022.**

12.

Petitioner alleges that the owners knew or should have known that the facility had an imminent risk of danger in that police had responded to calls at The District had in the month of **June of 2021** the police had responded t at least two separate calls of shots fired at the club.

13.

Petitioner alleges with over **83 calls the Lafayette Police department** should have required a security plan for the facility to submit due to the number of calls in that alcohol was being served at the facility to protect the patrons of the facility .

14.

Petitioner avers upon that an unknow police officer shot the decease and that the failure to have proper lighting and an adequate number of officers or security was the cause and effect of his death.

**3.**

15.

Petitioner also avers that the Lafayette Police department through its police chief failed to properly train and supervisor the police officer who were at The District were not properly trained in control of crowds and proper security techniques.

16.

Petitioner avers that the Lafayette police department failed to properly train the police to handle the crowd that appeared at that event and failed to have sufficient police officers on the scene to handle to the crowd in that the police department had notice of the type of incidents that had occurred in the past.

17.

Petitioner avers that Josh Guillory is failed to failed to properly supervisor the actions of the Police Chief who failed to properly train officers at the

18.

Petitioner alleges that the death of Dashawn Batiste was the result of the failure of the defendants to properly and adequately secure the facility and failed to properly train officers in the proper way to secure the facility and the parking lot. .

19.

Cause of fact

- a.   duty of reasonable care
- b.   Failure to prevent unreasonable risk of harm
- c.   Failure to property warn person of know dangers
- d.   Failing to provide sufficient security
- e.   Failure to keep the premises in a safe condition for manner consistent with the purposes there Operating a vehicle in an unsafe manner
- f.   Failing to keep the facility patrons invited to do business. Properly
- g.   Failure to what he should have seen and done
- h.   That the substandard conduct was the cause in fact of the death.

4.

i. Failure to properly train police officers

j. Failure to properly require properly security plan for a facility selling alcohol

k. Failure to provide sufficient security for the District due to the number of shootings and complaints filed against the night club.

20.

As a result of the above described the plaintiff is suing for the wrongful death of the her father suffered serious personal injuries which necessitated medical treatment. Accordingly, plaintiff itemizes his damages as follows:

A. Loss of Society

B. General Damages,

C. Future support

D. Loss of Enjoyment of Life, past, present and future; and

E. Loss Support Income Wages and/or Earning Capacity, and future.

Plaintiff assert that the amount in controversy does exceed the jurisdictional amount which would allow any party to request a trial by jury, and therefore plaintiffs request a Jury trial, all in accordance with Article 893.

21.

Petitioner further shows that at all times pertinent The District should have had an insurance policy off liability insurance and that same insurance company was proximately and solely responsible, in solido for any and all damages of which defendants herein are liable for and which are directly attributed to defendant, .

22.

Petitioner is a citizen of this State and because of his poverty and want of means, he is unable, either to pay the costs of this suit in advance or as they accrue or to give security therefore, and desire to file and prosecute this action under the provisions of the Louisiana Code of Civil Procedure, Articles 5181-5188.

23.

Petitioner avers that amicable demand was made, all to no avail.

**WHEREFORE, PETITIONER,, PRAYS** that the defendants be duly cited and served with a copy of this petition, according to law, and after all proceedings are had, there be judgment

herein in their favor and against defendant, and **the defendants,** severely, and in solido, together with legal interest from the date of judicial demand, until paid, and for all costs of these proceedings.

    **PETITIONER FURTHER PRAYS** that the costs of all witnesses, including expert witnesses, be taxed as Court costs and that the costs of Court be cast against the defendants herein.

    **Petitioner further prays** that in accordance with all Louisiana Law that the plaintiff be provided with dates and times of all hearings in this matter.

6.

    **PETITIONER FURTHER PRAYS** that he be allowed to prosecute this suit without the necessity of paying the court costs in advance or as they accrue and without giving bond for costs, all in accordance with the Louisiana Code of Civil Procedure, Articles 5181, et. seq.

    **PETITIONER FURTHER PRAYS** for all just and equitable relief and notice of all trial dates and hearings in this matter. .

    Respectfully submitted,

    **THE ALEX FIRM**

    **JOSLYN R. ALEX 18760 esq.**
    227 Rees Street
    Post Office Box 126
    Breaux Bridge, Louisiana 70517
    PH:    (337) 332-1180
    FAX:   (337) 332-5704

**PLEASE SERVE DEFENDANTS:**

**Will forward**

6.

Lafayette Parish
Filed Aug 12, 2022 2:06 PM
Morgan Foreman
Deputy Clerk of Court
FAX Received Aug 08, 2022

C-20224172
C

**DALANA DASHA DALCOURT**              15TH JUDICIAL DISTRICT COURT
ON BEHALF OF HER MINOR
DAUGHTER
Skye Dashawn  BATISTE

**VERSUS**                          *    **DOCKET NUMBER:**_____

**THE DISTRICT**
**The District Insurance Carrier**
**DANNY SMITH OWNER**
**LAFAYETTE PARISH**
**POLICE DEPARTMENT**
**Police chief  Thomas  Glover**
**Mayor President Josh Guillory**              .        STATE    LOUISIANA
**XYZ POLICE OFFICER**


### Verification


The plaintiff submits the information contact within is true and correct based on the information
that she has in this  matter.


_____
Dalana Dasha Dalcourt


7.

Lafayette Parish
Filed Aug 12, 2022 2:06 PM
Morgan Foreman
Deputy Clerk of Court
FAX Received Aug 08, 2022

C-20224172
C

DALANA DASHA DALCOURT                    15TH JUDICIAL DISTRICT COURT
ON BEHALF OF HER MINOR
DAUGHTER
Skye Dashawn  BATISTE

VERSUS                              *    DOCKET NUMBER:_____

THE DISTRICT
The District,
DANNY SMITH OWNER
of the District
LAFAYETTE PARISH
POLICE DEPARTMENT
Police chief  Thomas Glover
Lafayette
Mayor President Josh Guillory        .       STATE   LOUISIANA
XYZ POLICE OFFICER

_____

ORDER

That the defendant be allowed to file the cause in pauper

_____
*Thomas / Fredrick*

District Court Judge

8.

Lafayette Parish
Filed Aug 12, 2022 2:06 PM
Morgan Foreman
Deputy Clerk of Court
FAX Received Aug 08, 2022

C-20224172
C

**DALANA DASHA DALCOURT**
ON BEHALF OF HER MINOR
DAUGHTER
Skye Dashawn BATISTE

15TH JUDICIAL DISTRICT COURT

**VERSUS**                          *     DOCKET NUMBER:_____

**THE DISTRICT**
The District,
**DANNY SMITH OWNER**
of the District
**LAFAYETTE PARISH**
**POLICE DEPARTMENT**
Police chief Thomas Glover
Lafayette
Mayor President Josh Guillory
**XYZ POLICE OFFICER**

.                  STATE    LOUISIANA

Notice

Please provide notice of any notices or motions or any documents filed in this matter
including any orders or court orders.

Lafayette Parish
Filed Aug 12, 2022 2:06 PM
Morgan Foreman
Deputy Clerk of Court
FAX Received Aug 08, 2022

C-20224172
C

_Dallou Palut_ * JUDICIAL DISTRICT COURT

VERSUS * CIVIL DOCKET NO._____ DIV ___

_The Deshut_ * _Lafydd_ PARISH, LOUISIANA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### IN FORMA PAUPERIS AFFIDAVIT
### All questions must be answered in full.

**Note:** Questions 2 and 3 should not be filled in if you are seeking protection from abuse.

1. Your Full Name: Dalana Dalcourt

   Last four digits of Social Security Number (Optional): X X X - X X - 8 6 3 6

   Date of Birth: 09 / 03 /2002  Age: 19  Sex: female

2. Address: 605 Cecile blvd BreauxBridge LA 70517
   (Box Number or Street Address)  (City and State)  (Zip Code)
   (See Note above)

3. Telephone Number(s): (HOME/CELL) 346-343-27⁹⁹ (WORK)_____

4. Are you a Student? ____YES ✓ NO  If yes, what is the name of the school you are
   attending: _____  Enrollment Status: _____

5. **Current Household:**
   Single:___ Married:___ Separated:___ Divorced:___ Widowed:___ Intimate partner:___
   How many children do you support who are under 18? 1
   How many children live with you? 1  Do you have any other dependents? 0
   State Name, Age and Relationship to you of the children and dependents:

   | NAME | AGE | RELATIONSHIP |
   |------|-----|--------------|
   | Skye Baptiste | 10months | daughter |
   | | | |
   | | | |
   | | | |

6. **What is your current Occupation?** _____ **Are you employed?** ___YES ✓ NO
   (If yes, please complete the following **Employer Information**)
   Name of Employer: _____
   Address: _____
   (Street Address)  (City and State)  (Zip Code)
   Telephone Number: _____  How long have you been employed? _____

   (If you are not employed, please provide information of your **last employer**)
   Name of Last Employer: _____
   Address: _____
   (Street Address)  (City and State)  (Zip Code)
   How long have you been unemployed? _____
   What were your Monthly Wages at your last job? _____

7. **Gross Income:** (a) State your gross earned income from wages and how you are paid:
   Weekly?___ Bi-Weekly Wages?___ Monthly Wages?___ **Amount/month** $ 0

   (b) Apart from income or support listed in response to question 8(b) below, how much other income
   do you receive on a monthly basis?  $_____

   (c) Monthly Deductions: Federal Income Tax: $_____  FICA: $_____  $_____

   (d) Other Deductions (explain)_____  $_____
   **TOTAL NET MONTHLY INCOME:** [Add question 7(a) + (b) less (c)]  $ 0

1

**8(a).** If you are married and live with a spouse, please answer:

Is your spouse employed?_____ What your spouse's occupation? _____

Is your spouse paid Weekly ? _____ Bi-Weekly ? _____ Monthly?_____ Amount/month $_____

**Name of Spouse's Employer:** _____

Address: _____

        (Street Address)       (City and State)       (Zip Code)

Telephone Number: _____ How long has spouse been employed? _____

**8(b). Do you or your spouse receive any of the following income or support?** ___YES ✓ NO

**If yes, state the amount.**    SSI: $_____   Disability: $_____

Work's Comp: $_____   Unemployment Benefits: $_____

Food Stamps: $_____   TANF: $_____   Child Support: $_____

Spousal Support: $_____  Kinship Care Subsidy Grant: $_____  Other: $_____

If you are a client of a legal services program funded by the Legal Service Corporation or a Pro Bono Project that receives referrals from a legal services program and have a combined income from questions 7 and 8 that is less than or equal to 125% of the federal poverty level, skip all parts of question 9, and continue with question 10 on the next page.

**9. Do you own or have an interest in any of the following? (Including community property)**

A.

| | VALUE | BALANCE OWED |
|---|---|---|
| HOUSE | $ | $ |
| AUTOMOBILE | $ | $ |
| TRUCK | $ | $ |
| WATERCRAFT | $ | $ |
| LIVESTOCK | $ | $ |
| MACHINERY | $ | $ |
| STOCK | $ | |
| BONDS | $ | |
| CERTIFICATES OF DEPOSIT | $ | |
| OTHER IMMOVABLE PROPERTY | Equity $ | Debt $ |

DO YOU HAVE A BANK ACCOUNT? _____ YES ✓ NO  Amount in account: $_____

___ CHECKING _____ SAVINGS  Name and Location of Bank: _____

**TOTAL VALUE OF ASSETS:** $_____ 0

**B. i. List your Monthly Expenses:** *Living with man*

| | | |
|---|---|---|
| Rent: $ | Cable: $ | Car Note: $ |
| Lot Rent: $ | Garbage: $ | Car Insurance: $ |
| House Note: $ | Medical Insurance: $ | Transportation: $ |
| House Insurance: $ | Medical Expenses: $ | Food: $ |
| Gas: $ | Dental Expenses: $ | Barber/ Beauty: $ |
| Electricity: $ | Prescriptions: $ | Entertainment: $ |
| Water: $ | Life Insurance: $ | Grooming Supplies: $ |
| Telephone: $ | Daycare: $ | Garnishment: $ |
| Property Taxes: $ | Child Support Owed: $ | Other: $ |
| Support for children other than those of this marriage: $ | | |

**Total Amount of section i:**     $_____ 0

**ii. Credit Cards:** (List type of card and monthly payment)

| Card Name | Monthly Payment |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

**Total Amount of section ii:**     $_____ 0

**iii. Financial Loans:** (List the financial institution and your monthly payment)

| Financial Name | Monthly Payment |
|---|---|
| | |
| | |
| | |

**Total Amount of iii:**     $_____

**TOTAL MONTHLY EXPENSES:** [Add 9A+B(i+ii+iii)]= Total Monthly Expenses) $_____ 0

**10. Does anyone regularly help you pay your expenses?** ☑ YES ☐ NO

(a) If yes, state that person's name and relationship to you.

Name: _My Mother, Micha Delat_ Relationship: _____

(b). Do you have any additional income or assets that are not shown above? ☐ YES ☑ NO

If you answered yes to either (a) or (b), please explain:

_I have a new child, and have been_

_severly depressed. So my mom has been takin_

_care of me_

**11.** If you have an attorney, what arrangements have you made to pay your attorney's fee? What amount, if any, have you paid? (You are required to answer fully.)

_non-contigency-fee_

**12.** Has your attorney or the Notary Public told you that you may go to jail if you intentionally give a false answer to any of the above questions? ☑ YES ☐ NO

## MOVER'S AFFIDAVIT

**STATE OF LOUISIANA**
**PARISH OF** _St. Martin_

      **BEFORE ME** the undersigned authority personally came and appeared:

_Dalona Dalcourt_

who, after being duly sworn, deposed and said:

1. He/She provided the information above; that the information is furnished to the court for the purpose of requesting permission to litigate the above captioned lawsuit without paying the costs in advance or as they accrue or furnishing security therefor.

2. That the above information is a true and correct statement of his/her financial condition.

3. That the pleading and all allegations of fact therein are true and correct; and that because of his/her poverty and want of means, he/she is unable to pay the costs of court in advance or as they accrue, nor is he/she able to provide security therefor.

4. He/She has read and understands the privilege contained in the notice below.

## NOTICE

      Although you may be granted the privilege of proceeding without prepayment of costs, **SHOULD JUDGMENT BE RENDERED AGAINST YOU, YOUR STATUS AS A PAUPER DOES NOT RELIEVE YOU OF THE OBLIGATION TO PAY THESE COSTS**.

      The privilege to proceed *IN FORMA PAUPERIS* is restricted to litigants who are clearly entitled to do so, with due regard to the nature of the proceeding, the court costs which otherwise would have to be paid, and the ability of the litigant to pay them or to furnish security therefor, so that the indiscriminate filing of lawsuits may be discouraged, without depriving a litigant of the benefit of proceeding *in forma pauperis* if he/she is entitled to do so.

10. **Does anyone regularly help you pay your expenses?** ___X___ YES ___✓___ NO
    (a) If yes, state that person's name and relationship to you.
    Name: _____ Relationship: _____
    (b) Do you have any additional income or assets that are not shown above? _____ YES _____ NO
    If you answered yes to either (a) or (b), please explain:
    _Bring with my mom. She has been_
    _taking care due to my depression +_
    _____

11. **If you have an attorney, what arrangements have you made to pay your attorney's fee?**
    **What amount, if any, have you paid?** (You are required to answer fully.)
    _Nothing_
    _____

12. **Has your attorney or the Notary Public told you that you may go to jail if you**
    **intentionally give a false answer to any of the above questions?** ___X___ YES _____ NO

## MOVER'S AFFIDAVIT

**STATE OF LOUISIANA**
**PARISH OF** St. Martin

**BEFORE ME** the undersigned authority personally came and appeared:

_____

who after being duly sworn, deposed and said:

1. He/She provided the information above; that the information is furnished to the court for
   the purpose of requesting permission to litigate the above captioned lawsuit without paying
   the costs in advance or as they accrue or furnishing security thereof.

2. That the above information is a true and correct statement of his/her financial condition.

3. That the pleading and all allegations of fact therein are true and correct; and that because
   of his/her poverty and want of means, he/she is unable to pay the costs of court in advance
   or as they accrue, nor is he/she able to provide security thereof.

4. He/She has read and understands the privilege contained in the notice below.

## NOTICE

Although you may be granted the privilege of proceeding without prepayment of costs,
**SHOULD JUDGMENT BE RENDERED AGAINST YOU, YOUR STATUS AS A**
**PAUPER DOES NOT RELIEVE YOU OF THE OBLIGATION TO PAY THESE COSTS**.

The privilege to proceed *IN FORMA PAUPERIS* is restricted to litigants who are clearly
entitled to do so, with due regard to the nature of the proceeding, the court costs which otherwise
would have to be paid, and the ability of the litigant to pay them or to furnish security thereof, so
that the indiscriminate filing of lawsuits may be discouraged, without depriving a litigant of the
benefit of proceeding *in forma pauperis* if he/she is entitled to do so.

_Delavan Dalcourt_
Mover's Signature

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public in _St. Martin_

Louisiana, on this ___8___ day of ___August___, 20_22_

_Jose Dey_
NOTARY PUBLIC

3

# THIRD PARTY AFFIDAVIT

**STATE OF LOUISIANA**
**PARISH OF** *[handwritten]*

    **BEFORE ME,** personally came and appeared: *Jamisha Alexander*, who after being sworn, deposed and said that he/she knows *Dejuana Dalcourt*, well and that he/she knows that because of his/her poverty and want of means, he/she is unable to pay the costs of court in advance or as they accrue, nor is he/she able to provide bond thereof.

                                      *Jamisha Alexander*
                                        Witness' Signature

    SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public, in *Breaux Bridge*

Louisiana, on this *8* day of *August*, 2022.

                          _____
                                NOTARY PUBLIC


## LEGAL SERVICE PROGRAMS' DECLARATION

    **I ATTEST** that I am a duly authorized representative of a Legal Services Program funded by the Legal Service Corporation, or a Pro Bono Project that receives referrals from one of theses Legal Service Programs, and that _____, has produced evidence that he/she receives public assistance benefits, or that he/she has qualified to receive free legal services based on his/her income being less than or equal to 125% of the federal poverty level and therefore is entitled to a rebuttable presumption that he/she is entitled to the privilege of litigating without prior payment of costs.

    _____, Louisiana, on this ____ day of _____, 20__.


                _____
                Legal Services Program or Pro Bono Project Representative


## ORDER

    **Considering the foregoing Pleading and Affidavits:**

let _____ prosecute _____ this litigation in accordance with Louisiana Code of Civil Procedure Article 5181 et seq, without paying the costs in advance or as they accrue or furnishing security therefore.

    **THUS READ AND SIGNED** this _____ day of _____, 20__, in

_____, Louisiana.


                _____
                DISTRICT JUDGE

Lafayette Parish
Filed Sep 02, 2022 9:04 AM
Simone Vaughan
Deputy Clerk of Court

C-20224172
C

# A PROFESSIONAL LAW CORPORATION

**Joslyn R. Alex**
Attorney at Law

227 Rees Street
P.O. Box 126
Breaux Bridge, LA 70517-0126
TEL: (337) 332-1180
FAX: (337) 332-5704
Thealexfirm@yahoo.com

August 30, 2022

Clerk of Court
15th Judicial District Court
P.O. Box 2009
Lafayette Louisiana 70502

      Re:   Dalana Dasha Dalcourt et al
      Vs:   Danny Smith et al
      No:   C-2022-4172

Dear Clerk:

    Please find enclosed plaintiff first amended Petition for Damages along with payment of in the form of a check drawn in the amount $356.50 for filing of the original pleading in this matter.

    Please file into record and issue service of the original and amended petition on defendants listed in the attached amended petition.

Sincerely,

Joslyn R. Alex

**NO TRIAL DATE SET**

DALANA DASHA DALCOURT      15TH JUDICIAL DISTRICT COURT
On behalf of her minor
Daughter
SKYE DASHAWN BATISTE

VERSUS      DOCKET NUMBER C -2022-4172

DANNY SMITH ENTERPRISES LLC
DANNY SMITH owner of the District, The
District Event Center
LAFAYETTE PARISH CONSOLIDATED
GOVERNMENT and LAFAYETTE PARISH
POLICE DEPARTMENT, POLICE CHIEF
THOMAS GLOVER Sr., LAFAYETTE PARISH
MAYOR PRESIDENT JOSH GUILLORY      STATE OF LOUISIANA
XYZ POLICE OFFICER

---

### FIRST AMENDED PETITON FOR DAMAGES

     **NOW INTO COURT,** comes Plaintiff **DALANA DASHA DALCOURT** through undersigned counsel Joslyn R. Alex, who moves this Honorable Court to amend the original petition for damages in this matter, for the following reasons:

1.

     Plaintiff moves this Honorable Court to amend the original petition and caption by amending the name's of the Defendants to read as follows:

     Danny Smith Enterprises LLC , Danny Smith , Lafayette Parish Consolidated Government , Lafayette Parish Police Department, Police Chief Thomas Glover Sr. , Mayor Parish President Josh Guillory, XYZ police officer; and issue service of the same to all named defendants along with the original petition and all supplemental petitions .

2.

     That paragraph two of the original petition for damages be amended to read that "on or about August 8, 2021, the deceased DESHAWN BATISTE was shot dead by Lafayette Police department police officer in the parking lot of the night club known as " The District" aka "The District Event Center" owned and operated by Danny Smith where a concert was held and the victim DESHAWN BATISTE was shot and died , leaving behind his heir SKYE BATISTE.

     All other sections will remain the same. All other facts contained in the original Petition are reiterated.

Respectfully Submitted by:

JOSLYN R. ALEX (#18760)
The Alex Firm, LLC
P.O. Box 126
Breaux Bridge, LA 70517-0126
Telephone: 337-332-1180
Fax: 337-332-5704
*Attorney for Plaintiff, Dalana Dasha Dalcourt*

**PLEASE SERVE :**

Danny Smith (personally )
308 Annunciation Street
Lafayette Louisiana 70508
and

Danny Smith Enterprises LLC
*Registered Agent*
4607 Johnston Street
Lafayette Louisiana 70503

And

Parish President Josh Guillory
700 St. John Street
Lafayette Louisiana 70501

And

Lafayette Parish Consolidate Government
Josh Guillory
700 St. John Street
Lafayette Louisiana 70501

And

Lafayette Parish Chief of Police
Thomas Glover Sr.
900 East University Avenue
Lafayette Louisiana 70501

And

Lafayette Parish Police Department
900 East University Avenue
Lafayette Louisiana 70501

# CITATION

DALANA DASHA DALCOURT, ET AL

VS

DISTRICT, ET AL

15TH JUDICIAL DISTRICT COURT

DOCKET NUMBER: C-20224172 C

PARISH OF LAFAYETTE, LOUISIANA

STATE OF LOUISIANA



RECEIVED
SEP 06 2022
Lafayette Parish
Sheriff Office

TO:    LAFAYETTE PARISH CHIEF OF POLICE
       THOMAS GLOVER SR.
       900 EAST UNIVERSITY AVENUE
       LAFAYETTE, LA 70501

of the Parish of Lafayette

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 2, 2022.

L.P.S.O. Badge# _13499_

ACTUAL SERVICE MILEAGE _2.2_

Deputy Clerk of Court
Lafayette Parish

## THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

*Attached are the following documents:
**FIRST AMENDED PETITION FOR DAMAGES, FAXED FILED PETITION FOR DAMAGES AND ORIGINAL PETITION FOR DAMAGES**

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _9/6_, 20 _22_    TIME: _9:20_

SERVED:

PERSONAL ( )

DOMICILIARY ( ) ON

UNABLE TO LOCATE    MOVED ( ✓ )    NO SUCH ADDRESS ( )

OTHER REASON: _No longer at this location_

RECEIVED TOO LATE FOR SERVICE ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $    MILEAGE $ _138_    TOTAL $ _138_

DEPUTY _Deondreaux 13499_

Lafayette Parish Clerk of Court
Filed This Day

SEP 06 2022

Deputy Clerk of Court

13499



LAFPC.CV.64731862

Requested by Atty.: ALEX, JOSLYN R

# CITATION

2

DALANA DASHA DALCOURT, ET AL

15TH JUDICIAL DISTRICT COURT

VS

DOCKET NUMBER: C-20224172 C

DISTRICT, ET AL

PARISH OF LAFAYETTE, LOUISIANA

STATE OF LOUISIANA

TO:  LAFAYETTE PARISH CONSOLIDATE GOVERNMENT
JOSH GUILLORY
700 ST. JOHN STREET
LAFAYETTE, LA 70501



RECEIVED
SEP 06 2022
Lafayette Parish
Sheriff Office

of the Parish of Lafayette

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 2, 2022.

_____
Deputy Clerk of Court
Lafayette Parish

## THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

*Attached are the following documents:
FIRST AMENDED PETITION FOR DAMAGES, FAXED FILED PETITION FOR DAMAGES AND ORIGINAL PETITION FOR DAMAGES

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

Lafayette Parish Clerk of Court
Filed This Day

DATE SERVED: _____9/7_, 20_22_ TIME: _10:20_

SERVED: _____

SEP 08 2022

PERSONAL ( X ) _____

DOMICILIARY ( ) OR

_____
Deputy Clerk of Court

UNABLE TO LOCATE _____ MOVED ( ) _____ NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $ _30_ MILEAGE $ _.38_ TOTAL $ _30 38_

DEPUTY _D Boudreaux 13499_

L.P.S.O. Badge# _13499_

ACTUAL SERVICE MILEAGE: _6_

*13499*

 

Requested by Atty.: ALEX, JOSLYN R

# CITATION

*2*

DALANA DASHA DALCOURT, ET AL        15TH JUDICIAL DISTRICT COURT

VS        DOCKET NUMBER: C-20224172 C

DISTRICT, ET AL        PARISH OF LAFAYETTE, LOUISIANA

STATE OF LOUISIANA


RECEIVED
SEP 06 2022
Lafayette Parish
Sheriff Office

TO:    PARISH PRESIDENT JOSH GUILLORY
       700 ST. JOHN STREET
       LAFAYETTE, LA 70501

of the Parish of Lafayette

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 2, 2022.

L.P.S.O. Badge#  *13499*

ACTUAL SERVICE MILEAGE:  *6*

_____
Deputy Clerk of Court
Lafayette Parish

### THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

*Attached are the following documents:
FIRST AMENDED PETITION FOR DAMAGES, FAXED FILED PETITION FOR DAMAGES AND
ORIGINAL PETITION FOR DAMAGES

---

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

Lafayette Parish Clerk of Court
Filed This Day

DATE SERVED: _____9/6____ , 20 _22_  TIME: __11:34__

SERVED: _____

SEP 0 8 2022

PERSONAL ( X _____

DOMICILIARY ( ) ON

_____
Deputy Clerk of Court

UNABLE TO LOCATE        MOVED ( )        NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $ _30_    MILEAGE $ _38_    TOTAL $ _30 38_

DEPUTY _S Beaudreaux 13499_

*13499*


LAFPC.CV.64731888

*2*

Requested by Atty.: ALEX, JOSLYN R

# CITATION

DALANA DASHA DALCOURT, ET AL     15TH JUDICIAL DISTRICT COURT

VS     DOCKET NUMBER: C-20224172 C

DISTRICT, ET AL     PARISH OF LAFAYETTE, LOUISIANA

STATE OF LOUISIANA

TO:    LAFAYETTE PARISH POLICE DEPARTMENT
      900 EAST UNIVERSITY AVENUE
      LAFAYETTE, LA 70501

RECEIVED
SEP 06 2022
Sheriff Office

of the Parish of Lafayette

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 2, 2022.

L.P.S.O. Badge# *13499*

ACTUAL SERVICE MILEAGE: *2 2*

Deputy Clerk of Court
Lafayette Parish

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

**\*Attached are the following documents:**
**FIRST AMENDED PETITION FOR DAMAGES, FAXED FILED PETITION FOR DAMAGES AND ORIGINAL PETITION FOR DAMAGES**

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

Lafayette Parish Clerk of Court
Filed This Day

DATE SERVED: _____ 9/6 , 20 22 _____ TIME: 10:55

SEP 0 8 2022

SERVED: Departmental
PERSONAL ( X _Dorian_

Deputy Clerk of Court

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE _____ MOVED ( ) _____ NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $ _30_    MILEAGE $ _1·38_    TOTAL $ _31·38_

DEPUTY _D Boudreaux 13499_

126000

 LAFPC.CV.64731847

Requested by Atty.: ALEX, JOSLYN R

# CITATION

2

DALANA DASHA DALCOURT, ET AL     15TH JUDICIAL DISTRICT COURT

VS     DOCKET NUMBER: C-20224172 C

DISTRICT, ET AL     PARISH OF LAFAYETTE, LOUISIANA

STATE OF LOUISIANA

TO:    DANNY SMITH ENTERPRISES LLC
      REGISTERED AGENT
      4607 JOHNSTON STREET
      LAFAYETTE, LA 70503



of the Parish of Lafayette

     You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
     WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 2, 2022.

L.P.S.O. Badge# 126cc

ACTUAL SERVICE MILEAGE: 10.4

Deputy Clerk of Court
Lafayette Parish

...THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

*Attached are the following documents:
FIRST AMENDED PETITION FOR DAMAGES, FAXED FILED PETITION FOR DAMAGES AND
ORIGINAL PETITION FOR DAMAGES

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

LC 9-6 /030

DATE SERVED: September 10th, 20 22 TIME: 1318

SERVED:

PERSONAL ( ) Danny Smith

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE    MOVED ( )    NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $ 30    MILEAGE $ 650    TOTAL $ 3650

DEPUTY _____

Lafayette Parish Clerk of Court
Filed This Day

SEP 1 4 2022

Martina O'Kearp
Deputy Clerk of Court



LAFPC.CV.64731839

Requested by Atty.: ALEX, JOSLYN R

# CITATION

| | |
|---|---|
| DALANA DASHA DALCOURT, ET AL | 15TH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20224172 C |
| DISTRICT, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

STATE OF LOUISIANA

TO:  DANNY SMITH (PERSONALLY)
     308 ANNUNCIATION STREET
     LAFAYETTE, LA 70508



RECEIVED
SEP 06 2022
Sheriff Office

of the Parish of Lafayette

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof; except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 2, 2022.

L.P.S.O. Badge# 12600

ACTUAL SERVICE MILEAGE 10.4

_____
Deputy Clerk of Court
Lafayette Parish

## THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

*Attached are the following documents:
**FIRST AMENDED PETITION FOR DAMAGES, FAXED FILED PETITION FOR DAMAGES AND ORIGINAL PETITION FOR DAMAGES**

---

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: September 12th, 2022    TIME: 1318

SERVED: _____

PERSONAL (✓) Danny Smith _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE    MOVED ( )    NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $ 30    MILEAGE $ 6 50    TOTAL $ 36 50

DEPUTY _____

LC 9-6 1030
LC 9-7 0734
LC 9-8 0700

Lafayette Parish Clerk of Court
Filed This Day

SEP 14 2022

_____
Deputy Clerk of Court



# Louis J. Perret
Clerk of Court
15th Judicial District
Parish of Lafayette

P.O. Box 2009
Lafayette, LA 70502
Telephone: (337) 291-6400
Fax: (337) 291-6480
www.lpclerk.com

## FAX RECEIPT

FROM: CIVIL DEPARTMENT

Date: AUGUST 8, 2022

To: JOSLYN R ALEX

Suit No.: DOCKET NUMBER: C-20224172

FAX NUMBER: (337) 332-5704

Section: C

DALANA DASHA DALCOURT, ET AL VS THE DISTRICT, ET AL

Total Amount Due (Includes all applicable fees below) $356.50

616-COVER LETTER                                    1 PAGE
628-PET - DAMAGE                                    5 PAGES

The Clerk's office received the above mentioned documents by facsimile transmission dated 8/8/2022, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee

NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES AND ORIGINAL(S) ARE RECEIVED IN THIS OFFICE.

WHEN MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.

*Martina Rrau*

**Deputy Clerk of Court for**
*Louis J. Perret, Clerk of Court*

Suit Accounting Dept. Form #6 Rev. 08/26/14

**Please note that this amount does not reflect any money that you have on deposit in this matter. It is strictly the amount that is needed to file the above faxed pleadings.**

**THE ABOVE DOES NOT APPLY IF YOU ARE PAUPER OR PUBLIC BODY**

# CIVIL E-FILING IS AVAILABLE.
# VISIT WWW.CLERKCONNECT.COM OR
# WWW.LPCLERK.COM FOR ACCESS TO THE LINK.


LAFPC.CV.64631559

LOUIS J. PERRET
CLERK OF COURT, LAFAYETTE PARISH
P. O. BOX 2009
LAFAYETTE, LA 70502
TELEPHONE: (337) 291-6400

AUGUST 15, 2022

JOSLYN R ALEX
C/A ALEX & ASSOCIATES
P O BOX 126
BREAUX BRIDGE, LA 70517-0126
(337) 332-1180

RE:     DALANA DASHA DALCOURT, ET AL
        VS
        DISTRICT, ET AL
        DOCKET NUMBER: C-20224172 C

Dear Sir or Madam:

   In accordance with LA R.S. 13:4688, when a suit has been filed in State District Court for damages arising

from an offense or quasi-offense, you are required to complete attached reporting form from the Supreme Court

of Louisiana.

   Please return the attached reporting form immediately to the Lafayette Parish Clerk of Court Office for

further processing.

   Should you have any questions concerning this matter, please do not hesitate to contact us.

                                    Sincerely,

                                    _Monét McCarthy_
                                    _____
                                    Deputy Clerk of Court
                                    Lafayette Parish



LAFPC.CV.64731839

Requested by Atty.: ALEX, JOSLYN R

# CITATION

| | |
|---|---|
| DALANA DASHA DALCOURT, ET AL | 15TH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20224172 C |
| DISTRICT, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

**STATE OF LOUISIANA**

TO:   **DANNY SMITH (PERSONALLY)**
      **308 ANNUNCIATION STREET**
      **LAFAYETTE,  LA 70508**

of the Parish of Lafayette

        You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
        WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 2, 2022.

                                        _____
                                        Deputy Clerk of Court
                                        Lafayette Parish

### THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

**\*Attached are the following documents:**
**FIRST AMENDED PETITION FOR DAMAGES, FAXED FILED PETITION FOR DAMAGES AND**
**ORIGINAL PETITION FOR DAMAGES**

SHERIFF'S RETURN

LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____

SERVED: _____

PERSONAL ( ) _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE _____ MOVED ( )     NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE  (  )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____   MILEAGE $_____   TOTAL $_____

DEPUTY _____



LAFPC.CV.64731847

Requested by Atty.: ALEX, JOSLYN R

# CITATION

| | |
|---|---|
| DALANA DASHA DALCOURT, ET AL | 15TH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20224172 C |
| DISTRICT, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

**STATE OF LOUISIANA**

TO:   DANNY SMITH ENTERPRISES LLC
      REGISTERED AGENT
      4607 JOHNSTON STREET
      LAFAYETTE, LA 70503

of the Parish of Lafayette

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 2, 2022.

                                                    Deputy Clerk of Court
                                                    Lafayette Parish

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

**\*Attached are the following documents:**
**FIRST AMENDED PETITION FOR DAMAGES, FAXED FILED PETITION FOR DAMAGES AND ORIGINAL PETITION FOR DAMAGES**

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE          MOVED ( )          NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE   ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____   MILEAGE $_____   TOTAL $_____
DEPUTY _____



LAFPC.CV.64731854

Requested by Atty.: ALEX, JOSLYN R

# CITATION

| | |
|---|---|
| DALANA DASHA DALCOURT, ET AL | 15TH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20224172 C |
| DISTRICT, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

**STATE OF LOUISIANA**

**TO:  PARISH PRESIDENT JOSH GUILLORY**
**700 ST. JOHN STREET**
**LAFAYETTE, LA 70501**

of the Parish of Lafayette

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 2, 2022.

Deputy Clerk of Court
Lafayette Parish

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

**\*Attached are the following documents:**
**FIRST AMENDED PETITION FOR DAMAGES, FAXED FILED PETITION FOR DAMAGES AND**
**ORIGINAL PETITION FOR DAMAGES**

SHERIFF'S RETURN

LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20____ TIME: _____

SERVED: _____

PERSONAL ( ) _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE        MOVED ( )        NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____    MILEAGE $_____    TOTAL $_____

DEPUTY _____



LAFPC.CV.64731862

Requested by Atty.: ALEX, JOSLYN R

# CITATION

| DALANA DASHA DALCOURT, ET AL | 15TH JUDICIAL DISTRICT COURT |
|---|---|
| VS | DOCKET NUMBER: C-20224172 C |
| DISTRICT, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

STATE OF LOUISIANA

TO:   **LAFAYETTE PARISH CONSOLIDATE GOVERNMENT**
      **JOSH GUILLORY**
      **700 ST. JOHN STREET**
      **LAFAYETTE,  LA 70501**

                                        of the Parish of Lafayette

     You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
     WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 2, 2022.

                                        _____
                                        Deputy Clerk of Court
                                        Lafayette Parish

### THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

**\*Attached are the following documents:**
**FIRST AMENDED PETITION FOR DAMAGES, FAXED FILED PETITION FOR DAMAGES AND**
**ORIGINAL PETITION FOR DAMAGES**

---

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____

SERVED: _____

PERSONAL (  ) _____

DOMICILIARY (  ) ON _____

UNABLE TO LOCATE           MOVED (  )           NO SUCH ADDRESS (  )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE   (  )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____   MILEAGE $_____   TOTAL $_____

DEPUTY _____



Requested by Atty.: ALEX, JOSLYN R

# CITATION

| | |
|---|---|
| DALANA DASHA DALCOURT, ET AL | 15TH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20224172 C |
| DISTRICT, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

**STATE OF LOUISIANA**

**TO:  LAFAYETTE PARISH CHIEF OF POLICE**
**THOMAS GLOVER SR.**
**900 EAST UNIVERSITY AVENUE**
**LAFAYETTE, LA 70501**

of the Parish of Lafayette

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 2, 2022.

Deputy Clerk of Court
Lafayette Parish

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

**\*Attached are the following documents:**
**FIRST AMENDED PETITION FOR DAMAGES, FAXED FILED PETITION FOR DAMAGES AND**
**ORIGINAL PETITION FOR DAMAGES**

SHERIFF'S RETURN

LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____

SERVED: _____

PERSONAL. ( ) _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE          MOVED ( )          NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE   (   )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____   MILEAGE $_____   TOTAL $_____

DEPUTY _____



LAFPC.CV.64731888

Requested by Atty.: ALEX, JOSLYN R

# CITATION

| | |
|---|---|
| DALANA DASHA DALCOURT, ET AL | 15TH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20224172 C |
| DISTRICT, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

**STATE OF LOUISIANA**

TO:   LAFAYETTE PARISH POLICE DEPARTMENT
      900 EAST UNIVERSITY AVENUE
      LAFAYETTE, LA 70501

of the Parish of Lafayette

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this SEPTEMBER 2, 2022.

_____
Deputy Clerk of Court
Lafayette Parish

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

**\*Attached are the following documents:**
**FIRST AMENDED PETITION FOR DAMAGES, FAXED FILED PETITION FOR DAMAGES AND ORIGINAL PETITION FOR DAMAGES**

SHERIFF'S RETURN

LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____

SERVED: _____

PERSONAL ( ) _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE _____ MOVED ( )   NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____ MILEAGE $_____ TOTAL $_____

DEPUTY _____

Notice of Sheriff Returns


JOSLYN R ALEX
C/A ALEX & ASSOCIATES
P O BOX 126
BREAUX BRIDGE,  LA  70517-0126


Docket Number: C-20224172
DALANA DASHA DALCOURT, ET AL
  VS.
DISTRICT, ET AL


Unable to Locate Service on:
  LAFAYETTE PARISH CHIEF OF POLICE
  THOMAS GLOVER SR.
  900 EAST UNIVERSITY AVENUE
  LAFAYETTE LA 70501
  DEPUTY ADVISED THAT
  SUBJECT IS NO LONGER AT THIS LOCATION
  ATTEMPTED: 9/6/2022


Date:  9/6/2022
Item:  Citation - 21 Days

Notice of Sheriff Returns

JOSLYN R ALEX
C/A ALEX & ASSOCIATES
P O BOX 126
BREAUX BRIDGE, LA 70517-0126

Docket Number: C-20224172
DALANA DASHA DALCOURT, ET AL
            VS.
DISTRICT, ET AL

Departmental Service on:
      LAFAYETTE PARISH POLICE DEPARTMENT
      900 EAST UNIVERSITY AVENUE
      LAFAYETTE LA 70501
      BY DORIAN
      SERVED: 09/06/2022

Date: 9/6/2022
Item: Citation - 21 Days

Notice of Sheriff Returns

JOSLYN R ALEX
C/A ALEX & ASSOCIATES
P O BOX 126
BREAUX BRIDGE, LA 70517-0126

Docket Number: C-20224172
DALANA DASHA DALCOURT, ET AL
     VS.
DISTRICT, ET AL

Personal Service on:
    LAFAYETTE PARISH CONSOLIDATE GOVERNMENT
    JOSH GUILLORY
    700 ST. JOHN STREET
    LAFAYETTE LA 70501
    BY JULIE FRUGE
    SERVED: 9/7/2022

Date: 9/7/2022
Item: Citation - 21 Days

Louis J. Perret
Clerk of Court, Parish of Lafayette Parish
15th Judicial District Court Judicial District

Notice of Sheriff Returns

JOSLYN R ALEX
C/A ALEX & ASSOCIATES
P O BOX 126
BREAUX BRIDGE, LA 70517-0126

Docket Number: C-20224172
DALANA DASHA DALCOURT, ET AL
　　　　VS.
DISTRICT, ET AL

Personal Service on:
　　　PARISH PRESIDENT JOSH GUILLORY
　　　700 ST. JOHN STREET
　　　LAFAYETTE LA 70501
　　　BY JULIE FRUGE
　　　SERVED: 09/06/2022

Date: 9/6/2022
Item: Citation - 21 Days

JOSLYN R ALEX
C/A ALEX & ASSOCIATES
P O BOX 126
BREAUX BRIDGE, LA 70517-0126

Docket Number: C-20224172
DALANA DASHA DALCOURT, ET AL
        VS.
DISTRICT, ET AL

Personal Service on:
        DANNY SMITH (PERSONALLY)
        308 ANNUNCIATION STREET
        LAFAYETTE LA 70508
        SERVED: 09/12/2022

Date: 9/12/2022
Item: Citation - 21 Days

Louis J. Perret
Clerk of Court, Parish of Lafayette Parish
15th Judicial District Court Judicial District

Notice of Sheriff Returns

JOSLYN R ALEX
C/A ALEX & ASSOCIATES
P O BOX 126
BREAUX BRIDGE, LA 70517-0126

Docket Number: C-20224172
DALANA DASHA DALCOURT, ET AL
        VS.
DISTRICT, ET AL

Personal Service on:

    DANNY SMITH ENTERPRISES LLC
    REGISTERED AGENT
    4607 JOHNSTON STREET
    LAFAYETTE LA 70503
    SERVED: 09/12/2022

Date: 9/12/2022
Item: Citation - 21 Days